Horace W. Green (SBN 115699)
Joanne M. Ryan (SBN 199193)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA

Douglas A. Haydel (SBN 42859)
HAYDEL & ORNELLAS
Professional Law Corporation
3350 Deer Park Drive, Suite A
Stockton, California 95219
Telephone:  (209) 956-5900

Attorneys for Plaintiff
MATTHEW BURKE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BURKE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA,<br><br>　　　　　Defendant. | Case No. CIV. S-04-2129 WBS KJM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

　　　　Plaintiff MATTHEW BURKE ("Plaintiff") and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA ("Defendant") by and through their respective counsel of record, hereby stipulate that this matter be dismissed with prejudice, each party to bear its own costs of suit and attorney's fees.

Stipulation and Order for Dismissal of Action with Prejudice - Case No. CIV. S-04-2129 WBS KJM

DATE: July 18, 2005                    GREEN & HUMBERT

                                       By: **/s/ Horace W. Green**
                                       HORACE W. GREEN
                                       JOANNE M. RYAN
                                       Attorneys for Defendant
                                       Unum Life Insurance Company of
                                       America

DATE: July 14, 2005                    HAYDEL & ORNELLAS

                                       By: **/s/ Douglas A. Haydel**
                                       DOUGLAS A. HAYDEL
                                       Attorneys for Plaintiff
                                       Matthew Burke

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATE: July 18, 2005                    GREEN & HUMBERT

                                       By: **/s/ Horace W. Green**
                                       HORACE W. GREEN

## ORDER

IT IS SO ORDERED.

Dated: July 25, 2005

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE